180 So. 903

## Floyd YEAMAN v. STATE.
### 4 Div. 340.

Court of Appeals of Alabama.
Jan. 11, 1938.

Rehearing Denied Feb. 1, 1938.

Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

J. B. Hicks, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., and Robt. F. Park and Clarence M. Small, Asst. Attys. Gen., for the State.

RICE, Judge.

Affirmed on authority of Mote v. State, ante, p. 68, 180 So. 110.